UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20515-CR-HUCK(s)

UNITED STATES OF AMERICA,

vs.

ARISMAL TORI-MONTERO,

        Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On or about November 7, 2024, a Marine Patrol Aircraft detected a go-fast vessel ("GFV") operating approximately 126 nautical miles north of Aruba. The GFV had three individuals on board, two outboard engines, fuel barrels, no indicia of nationality, and was reasonably suspected of drug trafficking. The HNLMS HOLLAND, with a United States Coast Guard ("USCG") Law Enforcement Detachment Team (LEDET) on board, was diverted to interdict and investigate. United States Coast Guard District 7 assumed tactical control of the HNLMS HOLLAND and granted a Statement of No Objection for the HNLMS HOLLAND to conduct a Right of Visit boarding, with Surface Use of Force to stop a non-compliant vessel. The HNLMS HOLLAND launched two Fast Raiding Interceptions and Special Forces Crafts (FRISC) to board and gain positive control of the GFV.

The crew of the GFV was observed jettisoning packages. The GFV refused to stop causing the FRISC 1 to employed warning shots to force compliance.  These warning shots were effective.

The FRISC came alongside the GFV and gained positive control. The three individuals on board identified themselves as Luis Perez-Mesa, Julian Camilo Hernandez-Pardo and Arismal Tori-Montero. When asked, all three refused to identify themselves as either the master or individual in charge. Moreover, all three refused to make a claim of nationality for the vessel. Based on this, the vessel was treated as a vessel without nationality, and therefore, subject to the jurisdiction of the United States. A full law enforcement boarding ensued.

The boarding team was able to seized sixteen (16) bales on deck and four (4) bales from the debris field. The substance inside the bales was field tested and proved positive for cocaine. All three individuals, along with the suspected cocaine, were transferred to the HOLLAND.

The Southeast Drug Enforcement Administration Laboratory subsequently examined the substance seized which yielded positive for cocaine with a net weight of six-hundred-and-nine (609) kilograms.

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

Date: 21 April 2025

By: *[signature]*
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

Date: 4/23/25

By: *[signature]*
ARISMAL TORI-MONTERO
DEFENDANT

Date: 4/23/25

By: *[signature]*
EDUARDO PEREIRA
ATTORNEY FOR DEFENDANT

2